IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN HUMPHREYS,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-3404** |
| | : | |
| **WELLS FARGO BANK, N.A.,** | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 2nd day of October, 2023, upon consideration of Brian Humphreys's Notice of Removal and Request for Consolidation (ECF No. 1), the Court's prior Order requiring Humphrey's to show cause why this case should not be remanded (ECF No. 3), Humphrey's response to the Order (ECF No. 4), the Motion to Remand filed by Senol Akdere (ECF No. 5), the Motion to Dismiss (ECF No. 7) and Response to Motion to Remand (ECF No. 8) filed by Brian Humphreys, it is **ORDERED** that:

1. This case is *sua sponte* remanded to the Northampton County Court of Common Pleas pursuant to 28 U.S.C. § 1447(c).

2. The Motion to Remand filed by Senol Akdere (ECF No. 5) and Motion to Dismiss filed by Brian Humphreys (ECF No. 7) are **DENIED** as moot.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
**JOHN M. GALLAGHER, J.**